**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Minneapolis Retail Meat Cutters and Food Handlers Health and Welfare Fund; Minneapolis Retail Meat Cutters and Food Handlers Pension Fund;

Plaintiffs,

vs. CV 01-1467 RHK/JMM

PENN LAKE, INC., dba Pohland's Bloomington/Penn Lake SuperValu

Defendant.

**NOTICE OF COURT TRIAL**

A Court Trial is scheduled for June 3, 2002, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul. Pretrial materials are due in accordance with the Local Rules.

April 23, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed APR 23 2002
Richard D. Sletten, Clerk

By:____________________